STATE EX REL. JACKSON, APPELLANT, *v.* MCMONAGLE, JUDGE, APPELLEE.

[Cite as *State ex rel. Jackson v. McMonagle* (1993), 67 Ohio St.3d 450.]

(No. 93–959—Submitted August 16, 1993—Decided October 13, 1993.)

*Theodore R. Jackson, Jr.,* pro se.

*Stephanie Tubb Jones,* Cuyahoga County Prosecuting Attorney, and *Elaine Welsh,* Assistant Prosecuting Attorney, for appellee.

---

*Per Curiam.* The decision of the court of appeals is affirmed. Courts are not required to hold a hearing on all postconviction cases. R.C. 2953.21(C). Appeal is an adequate remedy at law. *State ex rel. Kaldor v. Court of Common Pleas of Belmont Cty.* (1984), 9 Ohio St.3d 114, 9 OBR 339, 459 N.E.2d 517.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.